(January 9, 1962)

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. HEARD HARDEN, JR. (B) THE PEOPLE OF THE STATE OF NEW YORK v. RONEN GHOSE. Concur — Botein, P. J., Breitel, Valente, McNally and Bergan, JJ. (C) THE PEOPLE OF THE STATE OF NEW YORK v. SIGMUND ZOCHOWSKI. (D) THE PEOPLE OF THE STATE OF NEW YORK v. ALISANDRO DEL HOYO. (E) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES MCGRANE. (F) THE PEOPLE OF THE STATE OF NEW YORK v. FRED W. SEIDENBERG. (G) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES WILKINS. (H) THE PEOPLE OF THE STATE OF NEW YORK v. CLARENCE D. GREEN. (I) THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD NEWBOLT. (J) THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL JOSEPH LANGFELT. (K) THE PEOPLE OF THE STATE OF NEW YORK v. MATTHEW CARNEY. (L) THE PEOPLE OF THE STATE OF NEW YORK v. HARRY WINEFIELD. (M) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY FIORE. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.— [In each action] Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein.

■ RIVOLI TRUCKING CORPORATION v. AMERICAN EXPORT LINES et al. (Two actions.) — Upon the statement of counsel that an appeal has been taken directly to the Court of Appeals, the appeal in this court is permitted to be withdrawn. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM RODRIGUEZ. (B) THE PEOPLE OF THE STATE OF NEW YORK v. DAVID PIPPIN. (C) THE PEOPLE OF THE STATE OF NEW YORK v. HAROLD SEILER. (D) THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS RICHARDSON. (E) THE PEOPLE OF THE STATE OF NEW YORK v. SALVATORE ODDO. (F) THE PEOPLE OF THE STATE OF NEW YORK v. TOBIAS BUND. (G) THE PEOPLE OF THE STATE OF NEW YORK v. EDWARD MISHKIN.— [In each action] Enlargement of time granted. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.

■ In the Matter of JAMES HARTEN, Deceased. MARY H. MCGETTIGAN et al., Appellants; MARTHA A. HINDS, Respondent.— Motion for a stay denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.

(January 11, 1962)

■ In the Matter of the Arbitration between DON ETTLINGER, Respondent, and ARTHUR SINGER, Appellant.— Order, entered on February 23, 1961, unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Botein, P. J., Breitel, Valente, Eager and Steuer, JJ.